UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **DAVE HARRISON,** | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 04-1192 (RCL) |
| **EXECUTIVE OFFICE FOR UNITED STATES ATTORNEYS,** | ) | |
| Defendant. | ) | |

**FINAL JUDGMENT**

In accordance with the Memorandum Opinion issued this 13th day of July, 2005,

it is **ORDERED** that defendant's motion for summary judgment [Dkt.# 15] is **GRANTED**.

**FURTHER ORDERED** that plaintiff's motion for summary judgment [Dkt.# 20] is **DENIED**.

Judgment is entered in favor of defendant.

This is a final appealable order.  *See* Fed. R. App. P 4(a).

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, July 13, 2005.